An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

AKENATEN BLUEHORSE,
                    Appellant,
        vs.
WASHOE COUNTY SHERIFF,
                    Respondent.

No. 67137

**FILED**

FEB 1 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying a pretrial petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from the aforementioned order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990); *Gary v. Sheriff*, 96 Nev. 78, 605 P.2d 212 (1980) (an order denying a pretrial petition for a writ of habeas corpus is not an appealable order). Therefore, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.        _____, J.
Douglas                             Cherry

cc:    Hon. David A. Hardy, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk
       Akenaten Bluehorse

SUPREME COURT
OF
NEVADA

(O) 1947A

15-04462